1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   EDWARD FERBER,                            No. CIV S-09-1449 GEB EFB PS

11              Plaintiff,

12         vs.

13   FIRST HORIZON HOME LOAN
     CORPORATION; NATIONAL
14   CITY BANK, and all persons unknown
     claiming any legal or equitable right, title,
15   estate, lien, or interest in the property          ORDER TO SHOW CAUSE
     described in the Complaint adverse to
16   plaintiff's title, or any cloud upon
     plaintiff's title thereto,
17
                  Defendants.
18   _____/

19         This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to

20   Eastern District of California Local Rule ("Local Rule") 72-302(c)(21).  *See* 28 U.S.C.

21   § 636(b)(1).  On July 14, 2009, defendant National City Bank filed a motion to dismiss and a

22   motion to strike, and noticed the motions for hearing on September 2, 2009 before the

23   undersigned.  Dckt. Nos. 10, 11.  Also on July 14, 2009, defendant National City Bank filed a

24   certificate of service, declaring that the motions were served on plaintiff via U.S. Mail on July

25   14, 2009.  Dckt. No. 12.

26   ////

                                          1

1    Court records reflect that plaintiff has filed neither an opposition nor a statement of

2   non-opposition to the motions.  Local Rule 78-230(c) provides that opposition to the granting of

3   a motion, or a statement of non-opposition thereto, must personally be served upon the moving

4   party, and filed with this court, no later than fourteen days preceding the noticed hearing date or,

5   in this instance, by August 19, 2009.[1]  Local Rule 78-230(c) further provides that "[n]o party will

6   be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has

7   not been timely filed by that party."

8    Local Rule 83-183, governing persons appearing *in pro se*, provides that failure to

9   comply with the Federal Rules of Civil Procedure and Local Rules may be ground for dismissal,

10   judgment by default, or other appropriate sanction.  Local Rule 11-110 provides that failure to

11   comply with the Local Rules "may be grounds for imposition by the Court of any and all

12   sanctions authorized by statute or Rule or within the inherent power of the Court."  "Failure to

13   follow a district court's local rules is a proper ground for dismissal."  *Ghazali v. Moran*, 46 F.3d

14   52, 53 (9th Cir. 1995).  *Pro se* litigants are bound by the rules of procedure, even though

15   pleadings are liberally construed in their favor.  *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir.

16   1987).

17    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

18    1.  The hearing date of September 2, 2009, is continued to October 7, 2009, at 10:00 a.m.,

19   in Courtroom No. 25.

20    2.  Plaintiff shall show cause, in writing, no later than September 23, 2009, why sanctions

21   should not be imposed for failure to timely file an opposition or a statement of non-opposition to

22   the pending motions.

23    3.  Plaintiff shall file an opposition to the motions, or a statement of non-opposition

24   thereto, no later than September 23, 2009.

25   _____

26   [1]   Electronic or mail service of an opposition upon the moving party must be made seventeen days preceding the scheduled hearing date.  Local Rule 78-230(c).

4.  Failure of plaintiff to file an opposition will be deemed a statement of non-opposition to the pending motions, and may result in a recommendation that this action be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).

5.  In light of this order and in light of the pending motions, the September 30, 2009 status (pretrial scheduling) conference is also vacated.  Upon plaintiff's response to this order to show cause and the court's ruling on the aforementioned motions, the court will reschedule a status conference as it deems appropriate.

SO ORDERED.

DATED:  August 21, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE